# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DEL CARMEN AGUILAR,<br><br>　　　　　　　　Defendant. | Case No. 19-CR-2091-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE;**<br><br>**ORDER TO EXONERATE BOND**<br><br>[Doc. No. 36] |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

　　IT IS SO ORDERED.

DATED: June 1, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　United States District Judge